UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RASMUSSEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TERMINIX INTERNATIONAL, INC.; and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No. 8:21-cv-01036-JLS-KES<br><br>**ORDER GRANTING JOINT STIPULATION TO ARBITRATE DISPUTE AND STAY LAWSUIT (Doc. 12)** |

Having reviewed the Joint Stipulation to Arbitrate Dispute and Stay Lawsuit (Doc. 12), it is hereby ORDERED that:

1.     Plaintiff Mark Rasmussen ("Plaintiff") and Defendant The Terminix International Company Limited Partnership (erroneously sued as "Terminix International, Inc.") shall submit the instant dispute, including all claims asserted herein, to arbitration pursuant to the *We Listen Dispute Resolution Plan* ("Plan");

2.     The parties shall submit the entire Action to final and binding arbitration before the American Arbitration Association in accordance with the terms of the Plan and applicable law;

3. The parties shall mediate all claims asserted herein before proceeding to arbitration in accordance with the terms of the Plan;

4. The instant lawsuit shall be stayed pending the outcome of arbitration; and

5. This Court will retain jurisdiction to confirm any arbitration award upon timely application by a party.

IT IS SO ORDERED.

Dated: July 02, 2021

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE