Maribel B. Ullrich, Bar No. 246970
maribel@mullrichlaw.com
LAW OFFICES OF MARIBEL ULLRICH
20042 Beach Blvd., Suite 100
Huntington Beach, CA 92648
Telephone: 714.465.9646
Facsimile No.: 714.274.9710

Attorneys for Plaintiff
MARK RASMUSSEN

Allison V. Saunders, Bar No. 220020
asaunders@fordharrison.com
Caleb Y. Lee, bar No. 315747
cylee@fordharrison.com
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: 213-237-2400
Facsimile: 213-237-2401

Attorneys for Defendant
TERMINIX INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RASMUSSEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TERMINIX INTERNATIONAL, INC.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 8:21-cv-01036-JLS-KES)<br><br>District Judge: Hon. Josephine L. Staton<br><br>**JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)]** |

**TO THE HONORABLE COURT:**

Plaintiff MARK RASMUSSEN ("Plaintiff") and Defendant TERMINIX INTERNATIONAL, INC. ("Defendant") (collectively the "Parties"), by and through their counsel of record herein, hereby stipulate and agree as follows:

WHEREAS, on May 10, 2022, Plaintiff instructed his counsel of record, The Law Offices of Maribel Ullrich, to dismiss this matter with prejudice;

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a), the Parties agree that Plaintiff's Complaint and his entire action can and should be dismissed with prejudice.

THEREFORE, subject to the approval of the Court, the Parties stipulate and agree that Plaintiff's Complaint and this entire action shall be and hereby is dismissed with prejudice, and that each party shall bear his and its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO STIPULATED.**

Dated: May 10, 2022

*Maribel B. Ullrich, Esq.*
Maribel Ullrich
THE LAW OFFICES OF
MARIBEL ULLRICH
Attorneys for Plaintiff
MARK RASMUSSEN

Dated: May 20, 2022

Allison V. Saunders
Caleb Y. Lee
FORD & HARRISON LLP
Attorneys for Defendant
TERMINIX INTERNATIONAL, INC.

1.

**JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE [FED. R. CIV. P. 41(A)]**

# **PROOF OF SERVICE**

I, Mary Garner, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On May 20, 2022, I served a copy of the within document(s):

**JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**

☒ ELECTRONICALLY: I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by e-mail or electronic transmission. Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed below.

| | |
|---|---|
| Maribel B. Ullrich<br>Law Offices of Maribel Ullrich<br>20042 Beach Blvd., Suite 100<br>Huntington Beach, CA 92648<br>Telephone: 714-465-9646<br>Facsimile: 714-274-9710<br>E-mail: maribel@mullrichlaw.com<br>josh@mullrichlaw.com | Attorneys for Plaintiff<br>Mark Rasmussen<br><br>☒ *Registered participant in the ECF System.* |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 20, 2022, at Los Angeles, California.

*Mary Garner*
_____
Mary Garner